AO91 (Rev. 12/03)  Criminal Complaint                                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Sonia Raquel VASQUEZ-Banegas  
A201 417 612  Honduras

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-704

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  January 27, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Progreso, Texas on January 27, 2019. The defendant is a citizen of Honduras who entered the United States illegally by wading across the Rio Grande River near Progreso, Texas on January 27, 2019 thus avoiding immigration inspection.

Defendant had no funds.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Fayett, Bernardo I.  Border Patrol Agent  
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 29, 2019                                                                        at    Brownsville, Texas  
Date                                                                                                  City/State

Ignacio Torteya III            U.S. Magistrate Judge  
Name of Judge                  Title of Judge                                                 Signature of Judge